[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



**FILED**
5/23/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JG

Plaintiff(s) IESHA Walker

v.

Defendant(s) CT Corporation System
Hilton Hotel/Mag Mile

Case Number: 1:20-CV-06684

Judge: Honorable Rebecca R. Pallmeyer

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **IESHA N. Walker**, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: (NOTE: This item must be completed.)
   Cabrini Green Legal     Online Video Attorney Conference
   Justice Entrepreneurship Program

   but I have been unable to find an attorney because:
   Lack of funds, Inability to obtain pro bono assistance.

3. I declare that (check all that apply):
   (Now:)
   ☒ I am *not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (Earlier:)
   ☒ I have *not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☒ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school    ☐ Some high school    ☐ High school graduate
   ☒ Some college      ☐ College graduate    ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☒ I declare under penalty of perjury that the foregoing is true and correct.

_____  
Signature of Movant

4107 W. Monroe  
Street Address

05.21.2021  
Date

Chicago IL. 60624  
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |

Attorney's Name: _____ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

| Case Name: _____ | Case No.: _____ |

Attorney's Name: _____ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

| Case Name: _____ | Case No.: _____ |

Attorney's Name: _____ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**Subject:** Re: 2010-CH-50512

**From:** Iesha Walker &lt;ieshawalker12@yahoo.com&gt;

**To:** Cynthia Valles &lt;calbgparalegal@gmail.com&gt;

**Date:** Feb 3 at 11:00 AM

take your time I have already explained i was getting assistance to the judge hes aware of the circumstances thank you again

On Wednesday, February 3, 2021, 10:55:09 AM CST, Cynthia Valles &lt;calbgparalegal@gmail.com&gt; wrote:

Ok i got your emails I will call you shortly

On Wed, Feb 3, 2021 at 10:53 AM Iesha Walker &lt;ieshawalker12@yahoo.com&gt; wrote:

> FLAGSTAR BANK VS MARTHA BOWEN
>
> CASE - DISMISSED
>
> I ALREADY BEAT THEM ONCE THEY ROBO SIGNED MY MOMS DEEDS AND COMMITTED CIVIL FRAUD
>
> ROUNDPOINT MORTGAGE DOES NOT OWN MY MOTHERS PROPERTY NOBODY WOULD LISTEN OR BELIEVE ME
>
> THEY SAY IM NOT HER BIOLOGICAL DAUGHTER SO I HAVE NO RIGHTS TO FIGHT ON HER BEHALF

View less

| | |
|---|---|
| Subject | GRIEVANCE |
| From | Iesha Walker <ieshawalker12@yahoo.com> |
| To: | Jessica Bell <jessicabell@belladvocate.com>, Cynthia Valles <calbgparalegal@gmail.com> |
| Date | Feb 5 at 1:38 PM |

A grievance will be filed against both of your organization for intentionally mis leading me and dropping my case for no reason or explanation

I'm tired of attorneys getting away with disregarding people because they aren't RICH OR IMPORTANT this is wrong and unfair

I was already appointed a attorney and dropped and referred without notice or explanation now both of you can explain your reasoning to the people who employ and pay your salaries


HAVE A GREAT DAY

IESHA WALKER

Sent from Yahoo Mail for iPhone

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Plaintiff **IESHA WALKER** )
)
v. )  Case Number: 1:20-CV-06684
)
**CT Corporation System** )  Judge:
**Hilton Chicago/Magnificent Mile** ) Honorable Rebecca R. Pallmeyer
Defendant )

## NOTICE OF MOTION

TO: Case Mgmt.

Motion to Appoint Attorney

**PLEASE TAKE NOTICE** that on _____ at _____, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge _____ or any judge sitting in his or her stead in **Courtroom** _____ of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I provided service to the person or persons listed above by the following means: _____

Signature: *Iesha Walker*                Date: 03-21-2021

Name (Print): IESHA N. Walker

Address: 4107 W. Monroe                 Phone: 773-412-1762
Chicago IL. 60624

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]